Commonwealth *v.* Fisher, Appellant.

Argued March 18, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Stuart E. Savage,* for appellant.

*Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Opinion by Mr. Chief Justice Bell, April 28, 1970:

The appellant, Richard Fisher, was convicted by a jury of voluntary manslaughter. Following denial of his motion for a new trial and imposition of sentence, he filed this appeal.

The sole issue raised by this appeal is whether the trial Judge committed reversible error when he instructed the jury that the defendant has the burden of

proving his assertion of *self-defense* by a fair preponderance of the evidence.

In the recent case of *Commonwealth v. Winebrenner*, 439 Pa. 73, 265 A. 2d 108, we reviewed this issue at great length, and once again we reaffirmed a score of prior decisions of this Court which held that self-defense was an affirmative defense and the defendant had the burden of proving self-defense by a fair preponderance of the evidence.

Judgment of sentence affirmed.